# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ALFONZO DAVIS,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

Case No. 17-CV-685-JPS

**ORDER**

On October 3, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs. (Docket #13). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #13) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own attorney's fees and costs.

Dated at Milwaukee, Wisconsin, this 10th day of October, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge